```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02089-JJT
James Francis Sementilli                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-4          User: karendavi          Page 1 of 1          Date Rcvd: Oct 13, 2016
                              Form ID: ntcltrdb        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.
4790627        Chase Mtg,    PO Box 24696,    Columbus, OH   43224-0696

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jason Paul Provinzano    on behalf of Debtor James Francis Sementilli MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 4

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| James Francis Sementilli<br>aka James F. Sementilli, aka James Sementilli<br>Debtor(s) | Chapter<br>Case No. | 13<br>4:16−bk−02089−JJT |

## **Notice**

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#3) has been filed by the Debtor on behalf of Chase Mtg in the amount of $113797.22.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 13, 2016 |