```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 16-02089-JJT
James Francis Sementilli                                            Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4      User: DDunbar           Page 1 of 2           Date Rcvd: Jul 31, 2017
                          Form ID: ordsmiss       Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
```
db              James Francis Sementilli,   1073 Haagen Ln,   Beech Creek, PA   16822-7313
4790627         Chase Mtg,   PO Box 24696,   Columbus, OH   43224-0696
4790628         Clinton Hospital Corp,   Attn # 12047W,   PO Box 14000,   Belfast, ME   04915-4033
4790629         Diversified Adjustment Service, Inc.,   PO Box 32145,   Fridley, MN   55432-0145
4790630        +First Federal Credit C,   24700 Chagrin Blvd Ste 2,   Cleveland, OH 44122-5662
4790631        +First Federal Credit Control,   24700 Chagrin Blvd Ste 205,   Cleveland, OH 44122-5662
4790632         Goodwill Hose Company Ambulance Assoc,   PO Box 726,   New Cumberland, PA 17070-0726
4790633        +Jersey Shore Hospital,   1020 Thompson St,   Jersey Shore, PA 17740-1794
4790634         KML Law Group, PC,   701 Market St Ste 5000,   Philadelphia, PA 19106-1541
4790624         Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
4790635        +Lock Haven Hospital,   24 Cree Dr,   Lock Haven, PA 17745-2699
4790636         MED1 Goodwill Hose Ambulance Asso,   PO Box 726,   New Cumberland, PA 17070-0726
4790637         Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL  35901-4173
4790638         Medical Revenue Service,   645 Walnut St Ste 5,   Gadsden, AL  35901-4173
4790639       #+Northwest Consumer Discount Comp,   8 Bellefonte Ave,   Lock Haven, PA 17745-1278
4790640         PASI,   PO Box 68,   Brentwood, TN  37024-0068
4790641        +R&M Gas & Oil Co.,   215 Pickwich Street,   Mill Hill, PA 17751-1899
4790623         Sementilli James Francis,   1073 Haagen Ln,   Beech Creek, PA  16822-7313
4790643         Susquehanna Health,   700 High St,   Williamsport, PA  17701-3100
4790644         Susquehanna Health Medical Gro,   740 High St Ste 4001,   Williamsport, PA  17701-3111
4790645         Susquehanna Imaging,   PO Box 6750,   Portsmouth, NH  03802-6750
4790646         Susquehanna Imaging Assoc,   PO Box 6750,   Portsmouth, NH  03802-6750
4790647         United Rev,   PO Box 1184,   Langhorne, PA  19047-6184
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4814362         EDI: AIS.COM Jul 31 2017 19:03:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
4790625         E-mail/Text: nailda@centralcreditaudit.com Jul 31 2017 19:06:08      Central Credit Audit,
                 PO Box 735,    Sunbury, PA  17801-0735
4790626         E-mail/Text: nailda@centralcreditaudit.com Jul 31 2017 19:06:07      Central Credit Audit,
                 100 N 3rd St,    Sunbury, PA  17801-2367
4790642         E-mail/Text: bankruptcy@remitcorp.com Jul 31 2017 19:05:33      Remit Corp,   36 W Main St,
                 Bloomsburg, PA  17815-1703
4790648         EDI: VERIZONWIRE.COM Jul 31 2017 19:03:00      Verizon Wireless,   PO Box 3397,
                 Bloomington, IL  61702-3397
                                                                                             TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor James Francis Sementilli MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                       TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| James Francis Sementilli<br>aka James F. Sementilli, aka James Sementilli<br>**Debtor(s)** | Chapter    13<br><br>Case No.    4:16−bk−02089−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: July 31, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk